IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALAN DAVID McCORMACK,

    Plaintiff,

v.

GERALD L. WRIGHT,
MICHAEL J. GABLEMAN and
BURNETT COUNTY CIRCUIT COURT,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-483-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim.

_Peter Oppeneer_      10/24/12

Peter Oppeneer, Clerk of Court      Date